# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KALEIGH LYNN FRYER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-14-662-D ) |
| DEBBIE ALDRIDGE, Warden, Mabel Basset Correctional Center, | ) ) ) ) |
| Respondent. | ) |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On this date, the Court issued a Memorandum Opinion and Judgment denying Petitioner's request for habeas relief. (Docs. 19 and 20). Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the Court denies a certificate of appealability.

Pursuant to 28 U.S.C. § 2253(c)(1), Petitioner may not appeal the denial of her habeas petition unless she obtains a certificate of appealability (COA). A COA is claim specific and appropriate only if petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2), (c)(3). When a claim has been denied on the merits, the COA standard is whether "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Where AEDPA deference has been applied in the denial of a claim on the merits, that deference is incorporated into the COA determination. *Dockins v. Hines*, 374 F.3d 935, 938 (10th Cir. 2004).

Having thoroughly reviewed each issue raised by Petitioner, the Court concludes that, for the reasons set forth in the Memorandum Opinion, none satisfy the standard for the granting of a COA. Therefore, the Court **DENIES** a COA as to all of Petitioner's grounds for relief.

IT IS SO ORDERED this 17th day of January, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE